1057235

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL
05 AUG 19 AM 9: 55

UNITED STATES OF AMERICA

v.

STEVE RUBLE

**WARRANT FOR ARREST**

CASE NUMBER:

2:05 - MJ 00236

YOU ARE HEREBY COMMANDED to arrest **STEVE RUBLE**

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice

**FILED**

charging him or her with (brief description of offenses)

**DISTRIBUTION OF METHAMPHETAMINE**

in violation of Title 21, United States Code, Section(s) 841(a)(1)

AUG 3 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| HONORABLE DALE A. DROZD<br>Name of Issuing Officer | UNITED STATES MAGISTRATE JUDGE<br>Title of Issuing Officer |
| /s/ Dale A. Drozd<br>Signature of Issuing Officer | AUGUST 19, 2005<br>Date and Location |
| Bail fixed at $ No Bail Pending Hearing by | HONORABLE DALE A. DROZD<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 08/29/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/29/05 | Nick Gonzales | /s/ |