QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVE RUBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>STEVE RUBLE,                 )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | No. CR. S-05-370 GEB<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE**<br><br>Date:  September 30, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steve Ruble, though their respective attorneys, that the status conference scheduled for September 30, 2005, may be continued to October 21, 2005, at 9:00 a.m.

Defense counsel recently reviewed discovery with Mr. Ruble and determined that additional factual investigation is warranted before pretrial motions are scheduled or the case set for trial.  Investigation is expected to take several weeks.  The parties agree that the September 30 status conference may be continued to October 21, 2005, so the defense

1  may have time to investigate.  The parties further agree that time from
2  the date of this order through October 21, 2005, may be excluded under
3  the Speedy Trial Act pursuant to Local Code T4, Title 18, United States
4  Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel
5  additional necessary time to investigate.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender

Dated: September 29, 2005               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for STEVE RUBLE


                                        MCGREGOR SCOTT
                                        United States Attorney


Dated: September 29, 2005               /s/ T. Zindel for K. Smith
                                        KYMBERLY SMITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

The status conference is continued to October 21, 2005, and time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) for the reasons stated above and by agreement of the parties.

Dated:  October 3, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge