```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    STEVE RUBLE
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,    )  No. CR. S-05-370 GEB
                                 )
14              Plaintiff,       )
                                 )  STIPULATION AND ORDER
15       v.                      )  CONTINUING STATUS CONFERENCE
                                 )
16  STEVE RUBLE,                 )
                                 )  Date: October 21, 2005
17              Defendant.       )  Time: 9:00 a.m.
                                 )  Judge: Hon. Garland E. Burrell, Jr.
18  _____)
19
```

20      It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, Steve Ruble, though their respective
22 attorneys, that the status conference scheduled for October 21, 2005, may
23 be continued to November 18, 2005, at 9:00 a.m.
24      Defense counsel has determined that factual investigation is
25 warranted before pretrial motions are scheduled or the case set for
26 trial.  The investigation begun after the last status conference is
27 ongoing. The parties agree that the October 21 status conference may be
28 continued to November 18, 2005, so the defense may continue to

investigate. The parties further agree that time from the date of this order through November 18, 2005, may be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to investigate.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: October 20, 2005      /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for STEVE RUBLE


                             MCGREGOR SCOTT
                             United States Attorney

Dated: October 20, 2005      /s/ T. Zindel for K. Smith
                             KYMBERLY SMITH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

The status conference is continued to November 18, 2005, and time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) for the reasons stated above and by agreement of the parties.

DATED:  October 21, 2005

                             /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge

Stip. in U.S.A. v. Ruble            2