1 | McGREGOR W. SCOTT
United States Attorney
2 | KYMBERLY A. SMITH
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2771

5

6

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA   )   **Case No: CR S-05-370-GEB**
                    )
12 |       Plaintiff,   )   **STIPULATION AND ORDER**
                    )   **CONTINUING STATUS CONFERENCE**
13 |       V.          )
                    )
14 | STEVE RUBLE,        )
      Defendant.   )   Date: November 18, 2005
15 |                     )   Time: 9:00 a.m.
                    )
16 |                     )   Honorable Garland E. Burrell, Jr.
17 | _____ )_____

18 |     The Parties: The United States of America, by and through its

19 | counsel of record, The United States Attorney for the Eastern District

20 | of California, McGregor W. Scott, and Assistant United States

21 | Attorney, Kymberly A. Smith; as well as the defendant represented by

22 | his counsel of record, Timothy Zindel, respectively, hereby stipulate

23 | to request that this Court re-schedule the status conference currently

24 | set for November 18, 2005, at 9:00 a.m., to December 16, 2005, at 9:00

25 | a.m., due to the fact that counsel for government will be out of

26 | town on November 18, 2005, for business.

27 |     The parties also request that time continue to be tolled from

28 | November 18, 2005, to and including December 16, 2005, pursuant to

1

Local Code T4 and Title 18, U.S.C., 3161(h)(8)(B)(iv), (preparation of counsel).

Based on the foregoing and by stipulation, the parties jointly request that the court reschedule the status conference currently set on November 18, 2005, to December 16, 2005 at 9:00 a.m.

IT IS SO STIPULATED.


Date: November 16, 2005        /s/ Kymberly A. Smith
                               Kymberly A. Smith
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               United States of America

Date: November 16, 2005        /s/Kymberly A. Smith for Quin Denvir
                               Timothy Zindel
                               Attorney for Defendant, Steve Ruble

**ORDER**

The parties' Stipulation regarding the re-scheduling of status conference is accepted by the Court and the Status Conference herein is ORDERED continued from November 17, 2005, to December 16, 2005 at 10:00 a.m.  Time will continue to be tolled from November 17, 2005, to and including December 16, 2005, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

DATED:  November 17, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge