QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVE RUBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>STEVE RUBLE,<br><br>            Defendant.<br>_____ | No. CR. S-05-370 GEB<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>Date:  December 16, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steve Ruble, though their respective attorneys, that the status conference scheduled for December 16, 2005, may be continued to January 20, 2006, at 9:00 a.m.

Defense counsel's factual investigation is ongoing. Meanwhile, the government has said it intends to make a plea offer to Mr. Ruble, although it has yet to do so. So that these tasks may be completed before further scheduling, the parties agree that the December 16 status conference may be continued to January 20, 2005. The parties further

agree that time from the date of this order through January 20, 2006, may be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to investigate.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: December 15, 2005   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for STEVE RUBLE

MCGREGOR SCOTT
United States Attorney

Dated: December 15, 2005   /s/ T. Zindel for K. Smith
KYMBERLY SMITH
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

The status conference is continued to January 20, 2006, and time under the Speedy Trial Act is excluded through that date pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) for the reasons stated above and by agreement of the parties.

DATED: December 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip. in U.S.A. v. Ruble                2