1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   STEVE RUBLE
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     )  No. CR. S-05-370 GEB
                                 )
14              Plaintiff,       )
                                 )  **STIPULATION AND ORDER CONTINUING**
15      v.                       )  **STATUS CONFERENCE AND SCHEDULING**
                                 )  **CHANGE OF PLEA**
16 STEVE RUBLE,                  )
                                 )
17              Defendant.       )  Date:  February 3, 2006
                                 )  Time:  9:00 a.m.
18 _____)  Judge: Hon. Garland E. Burrell, Jr.

19

20      It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, Steve Ruble, though their respective
22 attorneys, that the status conference scheduled for January 20, 2006, may
23 be continued to February 3, 2006, at 9:00 a.m.  The latter hearing will
24 be a change of plea.
25      Defense counsel neglected to promptly file a stipulation moving the
26 January 20 status conference after informally arranging with the
27 Courtroom Deputy Clerk to continue that hearing to February 3.  The
28 purpose of this order is to fill the resulting gap in the docket.

1  Earlier this week the parties reached a plea agreement so they now ask
2  that the case be scheduled for change of plea on February 3.
3                                   Respectfully submitted,
4                                   QUIN DENVIR
                                    Federal Public Defender
5
6  Dated: February 2, 2006          /s/ T. Zindel
                                    TIMOTHY ZINDEL
7                                   Assistant Federal Defender
                                    Attorney for STEVE RUBLE
8
9                                   MCGREGOR SCOTT
                                    United States Attorney
10
11 Dated: February 2, 2006          /s/ T. Zindel for K. Smith
                                    KYMBERLY SMITH
12                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
13
14                              **O R D E R**
15     The status conference is continued to February 3, 2006, with
16 defendant anticipated to change his plea on that day.
17 Dated:  February 2, 2006
18
                                    /s/ Garland E. Burrell, Jr.
19                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
20
21
22
23
24
25
26
27
28